1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   ELIYEN ALARCON FLORES
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,      ) Case No.  2:22-CR-13-TLN
11                                 )
           Plaintiff,              ) **STIPULATION AND [~~PROPOSED~~] ORDER TO**
12                                 ) **CONTINUE ARRAIGNMENT**
           vs.                     )
13                                 ) Date:   January 27, 2022
   ELIYEN ALARCON FLORES,          ) Time:  2:00 P.M.
14                                 ) Judge: Hon. Allison Claire
           Defendant.              )
15  _____ )

16         IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17  Phillip A. Talbert, through Assistant United States Attorney Justin Lee, counsel for Plaintiff, and

18  Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha,

19  counsel for Mr. Alarcon Flores, that the arraignment currently set for January 27, 2022 may be

20  continued to **February 7, 2022 at 2:00 p.m. before Magistrate Judge Delaney**.

21         The parties specifically stipulate as follows:

22         On January 20, 2022, an indictment was filed against Mr. Alarcon Flores.  ECF No. 16.

23         On January 21, 2022, arraignment proceedings were held via videoteleconference;

24  however, due to COVID-19 protocols at the Sacramento County Jail, Mr. Alarcon Flores

25  was not brought to Court.  ECF No. 18.  Accordingly, the matter was set out January 27,

26  2022.  ECF No. 18.

27         The defense was informed by the U.S. Marshals Service that, due to continuing COVID-

28

19 protocols, Mr. Alarcon Flores will not be available for Court until February 04, 2022 at the earliest.  Therefore, the parties jointly request that the arraignment be put out to February 07, 2022 at 2:00 p.m. before the duty magistrate.

As the government has provided some advance discovery to the defense, the defense stipulates that, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the time period between January 27, 2022 and February 07, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at the defendant's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Alarcon Flores in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 27, 2022          */s/  Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
ELIYEN ALARCON FLORES


Date: January 27, 2022          PHILLIP A. TALBERT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorneys for Plaintiff

1

**<u>O R D E R</u>**

2          The Court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5    IT IS SO ORDERED.

6

7    Dated: January 27, 2022                    _____
                                                ALLISON CLAIRE
8                                               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28