HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ELIYEN ALARCON FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-CR-13-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| ELIYEN ALARCON FLORES, | Date: March 24, 2022<br>Time: 9:30 A.M.<br>Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Justin Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Alarcon Flores, that the status conference currently set for March 24, 2022 may be continued to **June 02, 2022 at 2:00 p.m**.

The parties specifically stipulate as follows:

- On January 20, 2022, an indictment was filed against Mr. Alarcon Flores.  ECF No. 16.
- On February 08, 2022, following delays caused by COVID-19, Mr. Alarcon Flores was arraigned on the indictment, and a status conference was set for March 24, 2022.  *See* ECF No. 24.
- The defense requires time to review the discovery in this matter, which was produced on January 28, 2022; investigate the case; conduct research; and consult with her client.

Therefore, the parties stipulate that, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the time period between March 24, 2022 and June 02, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at the defendant's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Alarcon Flores in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 22, 2022

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
ELIYEN ALARCON FLORES

Date: March 22, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: March 22, 2022

Troy L. Nunley
United States District Judge