1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00013-TLN |
| --- | --- |
12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
13 | v. | |
14 | ELIYEN ALEJANDRO ALARCON-FLORES, | DATE: June 2, 2022 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
15 | Defendant. | |

17

18                         **STIPULATION**

19      Plaintiff United States of America, by and through its counsel of record, and

20 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

21      1.   By previous order, this matter was set for status on June 2, 2022.

22      2.   By this stipulation, defendant now moves to continue the status conference

23 until July 28, 2022, at 9:30 a.m., and to exclude time between June 2, 2022, and July 28,

24 2022, under Local Code T4.

25      3.   The parties agree and stipulate, and request that the Court find the

26 following:

27           a)   The government has represented that the discovery associated with

28 this case includes over 3,000 pages of discovery. All of this discovery has been

either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendant desires additional time meet with her client to review the discovery, conduct investigation, discuss potential resolution, and otherwise prepare for trial.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 2, 2022 to July 28, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 1, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: June 1, 2022

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Counsel for Defendant
ELIYEN ALEJANDRO
ALARCON-FLORES

## ORDER

IT IS SO FOUND AND ORDERED this 1st day of June, 2022.

Troy L. Nunley
United States District Judge