HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ELIYEN ALARCON FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:22-CR-13-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| ELIYEN ALARCON FLORES, | Date:   September 1, 2022<br>Time:  9:30 A.M.<br>Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney

Phillip A. Talbert, through Assistant United States Attorney Justin Lee, counsel for Plaintiff, and

Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha,

counsel for Mr. Alarcon Flores, that the status conference currently set for September 01, 2022

may be continued to **September 29, 2022 at 9:30 a.m**.

The parties specifically stipulate as follows:

- On January 20, 2022, an indictment was filed against Mr. Alarcon Flores.  ECF No. 16.

- On February 08, 2022, following delays caused by COVID-19, Mr. Alarcon Flores was
  arraigned on the indictment, and a status conference was set for March 24, 2022.  *See*
  ECF No. 24.

- By prior stipulation, this matter was set for a status conference on September 01, 2022.
  ECF No. 41.  The parties now stipulate that this matter may be continued to September

1    29, 2022, with a time exclusion (as detailed below).

2    ▪   The defense requires time to review the extensive discovery in this matter; investigate the

3    case; conduct research; and consult with her client.  The government does not object to

4    the continuance.  Therefore, the parties stipulate that, for the purpose of computing time

5    under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the time period between September

6    01, 2022 and September 29, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C.

7    § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted

8    by the Court at the defendant's request, based on a finding that the ends of justice served

9    by granting the continuance outweighs the best interest of the public and Mr. Alarcon

10    Flores in a speedy trial.

11                       Respectfully submitted,

12                       HEATHER E. WILLIAMS
13                       Federal Defender

14    Date: August 17, 2022            */s/  Christina Sinha*
                                     CHRISTINA SINHA
15                       Assistant Federal Defender
                                     Attorneys for Defendant
16                       ELIYEN ALARCON FLORES

17

18    Date: August 17, 2022            PHILLIP A. TALBERT
                                     United States Attorney

19

20                       */s/ Justin Lee*
                                     JUSTIN LEE
21                       Assistant United States Attorney
                                     Attorneys for Plaintiff

22

23

24

25

26

27

28

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 18, 2022

_____
Troy L. Nunley
United States District Judge